**UNITED STATES of America,**
**Plaintiff–Appellee,**

v,

**Dave Andrae TAYLOR, a/k/a Indian,**
**a/k/a Nicholas, a/k/a Spike,**
**Defendant–Appellant.**

No. 15–7407.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 20, 2016.

Decided: Feb. 5, 2016.

Dave Andrae Taylor, Appellant Pro Se. Heather L. Hart, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON and KEENAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dave Andrae Taylor appeals the district court's order denying relief on his motion under 18 U.S.C. § 3582(c)(2) (2012) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Taylor,* No. 3:99–cr–00145–REP–2 (E.D.Va. Aug. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*